UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPPSEALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DIRECT MARKETING CONCEPTS, INC., ) | |
| ITV DIRECT, INC., DIRECT ) | 05-11907 JLT |
| FULFILLMENT, LLC, DONALD ) | |
| BARRETT, and ROBERT MAIHOS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Cappseals, Inc. hereby notifies the Court that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

CAPPSEALS, INC.,
By its attorneys,

_____
Daniel J. Kelly, BBO # 553926
dkelly@ghlaw.com
Scott A. Silverman, BBO # 638087
ssilverman@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

September 20, 2004

B0429997v1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Plaintiff's Corporate Disclosure Statement will be served upon each party (or, if an attorney has been identified for any party, on that attorney) concurrent with service of the Complaint.

By: _____

Date:    September 20, 2004