AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

CAPPSEALS, INC.,

V.

**SUMMONS IN A CIVIL ACTION**

DIRECT MARKETING CONCEPTS, INC.,
ITV DIRECT, INC., DIRECT FULFILLMENT,
LLC, DONALD BARRETT and
ROBERT MAIHOS

CASE NUMBER: 05-11907-JLT

**05-11907 JLT**

TO: (Name and address of Defendant)

**ROBERT MAIHOS** c/o Susan Gelwick, Esq.
Seyfarth Shaw LLP
World Trade Center East, Two Seaport Lane, Suite 300
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott A. Silverman, Esq.
Gadsby Hannah LLP
225 Franklin St., Suite 2200
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

9-20-05

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  September 22, 2005 |
| NAME OF SERVER (PRINT)  Scott A. Silverman | TITLE  Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Accepted by counsel for the defendant pursuant to agreement of counsel to the parties.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF ~~SERVER~~ ACCEPTANCE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/27/05
              Date

Signature of Server   Susan W. Gelwick

Seyfarth Shaw LLP
Two Seaport Lane
Boston, MA  02210
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.