UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPPSEALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., DIRECT FULFILLMENT, LLC, DONALD BARRETT, and ROBERT MAIHOS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     CIVIL ACTION NO. 05-11907-JLT |

**CAPPSEALS, INC.'S MOTION FOR LEAVE TO SUBMIT A REPLY
MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION
<u>FOR PARTIAL SUMMARY JUDGMENT</u>**

Plaintiff Cappseals, Inc. (hereinafter "Cappseals") respectfully moves this Court for leave to file a Reply Memorandum, submitted herewith, in further support of Cappseals' Motion for Partial Summary Judgment. Specifically, Cappseals states that certain key issues raised by DMC's Opposition warrant clarification. Cappseals also asserts that the narrow issues addressed within its Reply Memorandum will assist the Court in analyzing the requested relief.

WHEREFORE, Cappseals requests that the Court grant it leave to file the Reply Memorandum submitted herewith.

                                  Respectfully submitted,
                                  CAPPSEALS, INC.
                                  By its attorneys,

                                  /s/ Peter Antonelli
                                  Daniel J. Kelly BBO# 553926
                                  dkelly@ghlaw.com
                                  Scott A. Silverman, BBO #638087
                                  ssilverman@ghlaw.com
                                  Peter Antonelli BBO # 661526
                                  pantonelli@ghlaw.com
                                  Gadsby Hannah LLP
                                  225 Franklin Street
                                  Boston, MA 02110
DATED:  December 13, 2005          (617) 345-7000

## LOCAL RULE 7.1 CERTIFICATION

I, Peter Antonelli, counsel for moving party Cappseals, Inc., hereby certify that I have conferred with the defendant's counsel in a good faith attempt to resolve or narrow the issues raised in this motion, but have been unable to do so.

                                  /s/ Peter Antonelli
                                  Peter Antonelli

## CERTIFICATE OF SERVICE

      I hereby certify that true and accurate copies of the foregoing *Cappseals, Inc.'s Motion for Leave to Reply* were served on the foregoing attorneys of record pursuant to Fed. R. Civ. P. 5 as follows:

<u>Via electronic notification:</u>

Peter S. Brooks        pbrooks@seyfarth.com

Susan W. Gelwick        sgelwick@seyfarth.com

Christopher F. Robertson        crobertson@seyfarth.com

 

/s/ Peter Antonelli
Daniel J. Kelly BBO# 553926
dkelly@ghlaw.com
Scott A. Silverman, BBO #638087
ssilverman@ghlaw.com
Peter Antonelli, BBO # 661526
pantonelli@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

DATED: December 13, 2005