**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAPPSEALS, INC., <br><br>          Plaintiff, <br><br> v. <br><br> DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., DIRECT FULFILLMENT, LLC, DONALD BARRETT, and ROBERT MAIHOS, <br><br>          Defendants. | CIVIL ACTION NO. 05-CV-11907-JLT |

**MOTION FOR LEAVE TO FILE A SURREPLY**

The defendant Direct Marketing Concepts, Inc. ("DMC") hereby moves that the Court grant it leave to file a surreply in response to the Reply Memorandum submitted by the Plaintiff Cappseals, Inc. ("Cappseals") in support of its Motion for Partial Summary Judgment against DMC.

In its surreply, DMC seeks to address the incorrect and misleading assertions, mischaracterization of the facts in the record, and the inappropriate arguments contained in the Cappseals' Reply Memorandum.

WHEREFORE, DMC respectfully requests that the Motion be allowed and that DMC be granted leave to file a surreply in response to Plaintiff's Reply Memorandum to its Motion for Partial Summary Judgment.

2

        Respectfully submitted,
        DIRECT MARKETING CONCEPTS, INC.

        By its attorney(s),

        /s/ Susan W. Gelwick
        Peter S. Brooks, BBO #058980
        Susan W. Gelwick, BBO #567115
        Christopher F. Robertson, BBO #642094
        SEYFARTH SHAW LLP
        Two Seaport Lane, Suite 300
        Boston, MA 02210-2028
        Telephone:    (617) 946-4800
        Telecopier:    (617) 946-4801

Dated: January 30, 2006