UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPPSEALS, INC., <br>         Plaintiff, <br><br> v. <br><br> DIRECT MARKETING CONCEPTS, INC., et al., <br>         Defendants. | ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 05-CV-11907JLT <br> ) <br> ) <br> ) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF
## THE DMC DEFENDANTS AND THEIR COUNSEL

Pursuant to Local Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned certify that they have conferred: (i) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                                              Respectfully submitted,

                                              DIRECT MARKETING CONCEPTS, INC., ITV
                                              DIRECT, INC., DONALD W. BARRETT and
                                              ROBERT MAIHOS,

                                              By their attorney(s),

                                              /s/ Christopher F. Robertson
                                              Peter S. Brooks, BBO #058980
                                              Christopher F. Robertson, BBO #642094
                                              Susan W. Gelwick, BBO #567115
                                              SEYFARTH SHAW LLP
                                              Two Seaport Lane, Suite 300
                                              Boston, MA 02210-2028
                                              Telephone:   (617) 946-4800

Dated: April 27, 2006                     Telecopier:   (617) 946-4801


/s/ Donald Barrett                          /s/ Robert Maihos
Donald Barrett                                     Robert Maihos

2

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 4/27/06.

/s/ Christopher Robertson

BO1 15775807.1