UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPPSEALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECT MARKETING CONCEPTS, INC. )<br>et al., )<br>)<br>Defendants. )<br>) | C. A. No. 05-CV11907-JLT |

**CAPPSEALS, INC.'S CERTIFICATION**
**PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3) of the Unites States District Court for the District of Massachusetts, the undersigned certifies that they have conferred regarding the above-captioned matter:

(1)  with a view to establishing a budget for conducting the full course – and various alternative courses – of the litigation; and

(2)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,

CAPPSEALS, INC.
By its attorneys,

| | |
|---|---|
| /s/ Scott Silverman<br>Daniel J. Kelly, BBO # 553926<br>Scott A. Silverman, BBO # 638087<br>Peter Antonelli, BBO # 661526<br>Gadsby Hannah LLP<br>225 Franklin Street<br>Boston, MA  02110<br>(617) 345-7000 | /s/ Donald Webb<br>Name:  Donald Webb<br>Title: Owner and Principal<br>Cappseals, Inc.<br>12607 NE 95th St., Ste. 100<br>Vancouver, WA  98682 |

Date:  April 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on 4/27/06.

By:     /s/ Scott Silverman