UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CAPPSEALS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11907-JLT |
| | * | |
| DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., DIRECT FULFILLMENT, LLC, DONALD BARRETT, and ROBERT MAIHOS, | * * * * | |
| | * | |
| Defendants. | * | |

ORDER

May 2, 2006

TAURO, J.

After a Conference held on May 2, 2006, this court hereby orders that:

1. Each party shall file a memorandum in support of, or in opposition to, allowance of Plaintiff's <u>Motion for Partial Summary Judgment</u> [# 10];

2. Each party shall fashion its memorandum as an opinion issued by this court ruling in that party's favor on the abovementioned motion;

2. Plaintiff has until May 23, 2006 to file its memorandum; and

3. Defendants have until June 13, 2006 to file their memorandum.

IT IS SO ORDERED.

                                                        /s/ Joseph L. Tauro
                                                       United States District Judge