UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CAPPSEALS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11907-JLT |
| | * | |
| DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., DIRECT FULFILLMENT, LLC, DONALD BARRETT, and ROBERT MAIHOS, | * * * * * | |
| | * | |
| Defendants. | * | |

## ORDER

November 2, 2006

TAURO, J.

After a Conference held on November 2, 2006, this court hereby orders that:

1. The case is referred to Magistrate Judge Dein for mediation and all pretrial matters.

2. A non-jury trial will commence on February 7, 2007, at 10:00 a.m..

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge