UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CAPSEALS INC.,**
   **Plaintiff,**

   **V**                            **CA 05-11907-JLT**

**DIRECT MARKETING,**
   **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

   The court having been advised on February 7, 2007 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **180** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                                 Zita Lovett
                                                    /s/
                                                **Deputy Clerk**

February 7, 2007